IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY NESTE, | No. 2:22-CV-2308-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| US BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On referral from the assigned District Judge, the matter is set for an initial status/scheduling conference before the undersigned in Redding, California, on May 3, 2023, at 10:00 a.m. On or before April 26, 2023, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a). Any requests for remote appearance must be filed in writing concurrent with the joint scheduling conference statement.

IT IS SO ORDERED.

Dated:  January 17, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28