# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY NESTE,<br><br>      Plaintiff,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION; U.S. BANCORP; DOES 1-100, INCLUSIVE,<br><br>      Defendants. | **Case No. 2:22-cv-02308-KJM-DMC**<br><br>(Butte County Superior Court Case No. 22CV02790)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO OPERATIVE COMPLAINT**<br><br>Removal filed: December 29, 2022<br>Current Response Date: February 2, 2023<br>New Response Date: February 20, 2023<br><br>Complaint filed: November 28, 2022 |

Plaintiff Cathy Neste and Defendants U.S. Bank National Association and U.S. Bancorp have executed and concurrently filed a Stipulation to Extend Time to Respond to the Operative Complaint. Having considered the Stipulation by the parties and finding good cause exists:

IT IS SO ORDERED:

The deadline for Defendants U.S. Bank National Association and U.S. Bancorp to respond to the Complaint is extended to up to and including February 20, 2023.

Dated:  February 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE