1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY NESTE,<br><br>    Plaintiff,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION; U.S. BANCORP; DOES 1-100, INCLUSIVE,<br><br>    Defendants. | **Case No. 2:22-cv-02308-KJM-DMC**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT & PERMIT THE FILING OF A SECOND AMENDED COMPLAINT**<br><br>Removal filed: December 29, 2022<br>Current Response Date: February 28, 2023<br>New Response Date: March 14, 2023<br><br>Complaint filed: November 28, 2022<br>First Amended<br>Complaint filed: February 14, 2023 |

Plaintiff Cathy Neste and Defendants U.S. Bank National Association and U.S. Bancorp have executed and concurrently filed a Stipulation to Extend Time to Respond to the First Amended Complaint and Permit the Filing of a Second Amended Complaint. Having considered the Stipulation by the parties and finding good cause exists:

IT IS SO ORDERED:

1. The deadline for Defendants U.S. Bank National Association and U.S. Bancorp to respond to the First Amended Complaint is extended up to and including March 14, 2023.
2. The Court grants Plaintiff leave for the filing of a Second Amended Complaint.

Dated: February 24, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE