# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY NESTE,<br>Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION;<br>U.S. BANCORP;<br>DOES 1-100, INCLUSIVE,<br><br>Defendant(s).. | Case No.<br><br>2:22-cv-02308-KJM-DMC<br><br>**ORDER TO DISMISS**<br>**WITH PREJUDICE** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

DATED:  October 11, 2023        /s/ Daniel J. Calabretta
                                                       HONORABLE DANIEL J. CALABRETTA
                                                       UNITED STATES DISTRICT JUDGE